**Fill in this information to identify the case:**

United States Bankruptcy Court for the: Southern District of New York

Case number (*if known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**  Evergreen Gardens II LLC

2. **All other names debtor used in the last 8 years**  Denizen Y

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  47-2876782

4. **Debtor's address**

   **Principal place of business**

   199 Lee Avenue, #693
   Number  Street

   Brooklyn    New York    11211
   City         State       ZIP Code

   Kings
   County

   **Mailing address, if different from principal place of business**

   12   Spencer Street, 3rd Floor
   Number  Street

   P.O. Box

   Brooklyn    New York    11205
   City         State       ZIP Code

   **Location of principal assets, if different from principal place of business**

   54   Noll Street
   Number  Street

   Brooklyn    New York    11206
   City         State       ZIP Code

5. **Debtor's website** (URL)  https://www.denizenbushwick.nyc

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313 – Activities Related to Real Estate

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.**  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes  District _____  When _____  Case number _____
                                   MM/ DD/ YYYY

          District _____  When _____  Case number _____
                                   MM / DD/ YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No  
☒ Yes

Debtor: See Schedule 1  
District: Southern District of New York  
Case number, if known: See Schedule 1  
Relationship: See Schedule 1  
When: See Schedule 1  
MM / DD/ YYYY

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number  Street  
_____  _____  _____  
City  State  ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes. Insurance agency _____  
Contact Name _____  
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**  
(on a consolidated basis with all affiliated debtors)

☐ 1-49  
☒ 50-99  
☐ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

Debtor __Evergreen Gardens II LLC__    Case number (if known) __21-____ ( )__
Name

| | | | | |
|---|---|---|---|---|
| **15. Estimated assets** (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 14, 2021__
MM / DD/ YYYY

✗ _/s/ [signature]_            __Assaf Ravid__
Signature of authorized representative of debtor            Printed name

__Authorized Signatory__
Title

**18. Signature of attorney**

✗ __/s/ Gary T. Holtzer__    Date __September 14, 2021__
Signature of attorney for debtor            MM / DD / YYYY

__Gary T. Holtzer__
Printed Name

__Weil, Gotshal & Manges LLP__
Firm Name

__767 Fifth Avenue__
Address

__New York, New York 10153__
City/State/Zip

__(212) 310-8000__
Contact Phone

__gary.holtzer@weil.com__
Email Address

__2401859__            __New York__
Bar Number            State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On February 22, 2021, Evergreen Gardens Mezz LLC (the "**Initial Debtor**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").  The Initial Debtor's chapter 11 case has been assigned case number 21-10335 (MG).  On the date hereof, Evergreen Gardens I LLC ("**EG I**") and Evergreen Gardens II LLC ("**EG II**" and, together with EG I, the "**Subsidiary Debtors**" and, together with the Initial Debtor, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  Contemporaneously hereto, the Debtors have filed a motion with the Court requesting that the Debtors' chapter 11 cases be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

# RESOLUTIONS OF THE SOLE MEMBER AND MANAGER OF
# EVERGREEN GARDENS II LLC

Effective as of this 14th day of September 2021, pursuant to a special meeting on August 27, 2021, Evergreen Gardens Holdings II LLC, the sole member and manager (the "**Member**") of Evergreen Gardens II LLC, a New York limited liability company (the "**Company**"), authorized to exercise its full powers, authorities, duties, rights, and responsibilities, as set forth in the Operating Agreement of the Company, and adopted the following resolutions:

**WHEREAS**, the Member has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Member has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Member desires to approve the following resolutions.

    **I.**    **Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that the Member has determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"); and be it further

**RESOLVED**, that any officer of All Year Holdings Limited, the sole member and manager of Evergreen Gardens Holdings II LLC (each, an "**Authorized Officer**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute, verify, and file, in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, orders, and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by attorneys, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including, without limitation, negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with the transactions and professional retentions set forth in this resolution; and be it further

    **II.**    **Retention of Advisors**

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767

Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of CohnReznick LLP, located at 1301 Avenue of the Americas New York, NY 10019, is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Donlin Recano & Company, Inc., located at 6201 15th Ave, Brooklyn, NY 11219, is hereby retained as claims, noticing and solicitation agent for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that, with respect to the Company, each Authorized Person, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to negotiate, execute, deliver, file and perform any agreement, document or certificate and to take and perform any and all further acts and deeds (including, without limitation, (i) the payment of any consideration and (ii) the payment of fees, expenses and taxes) that such Authorized Person deems necessary, proper, or desirable in connection with each Company's Chapter 11 Case, including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by these resolutions, with a view to the successful prosecution of the Chapter 11 Case; and be it further

### IV.    General Authorization and Ratification

**RESOLVED**, that any Authorized Officer in the name and on behalf of the Company is hereby authorized, empowered, and directed, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and be it further

**RESOLVED**, that the Company and any Authorized Officer, on behalf of the Company, has the authority to take such other actions as necessary to cause the filing of the Chapter 11 Case; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer or member of the Company, in the name and on behalf of the Company, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

[signatures to follow on next page]

**IN WITNESS HEREOF**, the undersigned has signed and sealed these Resolutions of the Company, as of the date set forth above.

        EVERGREEN GARDENS II LLC
        By: Evergreen Gardens Holdings II LLC, its sole member and manager
        By: All Year Holdings Limited, its sole member and manager

        By: _____
        Name: Asaf Ravid
        Title: Chief Restructuring Officer

        By: _____
        Name: Ephraim Diamond
        Title: Associate Restructuring Officer

**Fill in this information to identify the case:**

**Debtor name:** Evergreen Gardens II LLC

**United States Bankruptcy Court for the:** Southern District of New York

**Case number (if known):** 21-_____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 50 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MELROSE NOLL BROOKLYN LLC  TREFF & LOWY PLLC  481 WYTHE AVE  2ND FL  BROOKLYN NY 11249 | JOESEPH TREFF  Joe@trefflowy.com  Tel: 718-599-3500 EXT. 201  Fax: 718-387-6282 | Unpaid Settlement | ☒ C  ☐ U  ☐ D | | | $6,000,000.00 |
| 2 | EXR GROUP COMPANIES LLC  160 HAVEMEYER ST  STORE 7  BROOKLYN NY 11211 | j@exrny.com  Tel: 212-991-8983 | Trade debts | ☐ C  ☐ U  ☐ D | | | $337,900.04 |
| 3 | LILY CONTRACTING/CONSULTING LLC  128 PARK ST  WOODMERE NY 11598 | Jhametz@gmail.com  Tel: 917-916-6255 | Trade debts | ☐ C  ☐ U  ☐ D | | | $101,265.00 |
| 4 | DYNAMIC BUILDING SVC  4403 15TH AVE  STE 409  BROOKLYN NY 11219 | JOEL BERKOVIC  jb@pbsfacilityservice.com  Tel: 718-484-1998  Fax: 718-484-1997 | Trade debts | ☐ C  ☐ U  ☐ D | | | $82,910.48 |
| 5 | CON EDISON  4 IRVING PL RM 1875  NEW YORK NY 10003 | zuckermanr@coned.com; weberm@coned.com; franklinv@coned.com; donnleyd@coned.com  Tel: 800-752-6633 | Utility | ☐ C  ☐ U  ☐ D | | | $55,504.55 |
| 6 | ISSEKS BROS INC  298 BROOME ST  NEW YORK NY 10002 | Info@Isseks.com  Tel: 212-267-2688 | Trade debts | ☐ C  ☐ U  ☐ D | | | $39,425.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims    Page 1

Debtor **Evergreen Gardens II LLC**    Case number *(if known)* **21-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | ELITE POOL AND FITNESS MANAGEMENT, INC 129-09 26TH AVE STE 403 FLUSHING NY 11354 | Nick Chavez ContactUs@eliteamenity.com , nickchavez@eliteamenity.com Tel: 718-746-3720 Fax: 718-746-3726 | Trade Debt | ☐ C ☐ U ☐ D | | | $8,989.97 |
| 8 | TRI STATE FIRE SPRINKLERS 1237 39TH ST BROOKLYN NY 11218 | info@tristatefiresprinklers.com Tel: 718- 237-1100 | Trade debts | ☐ C ☐ U ☐ D | | | $5,215.00 |
| 9 | NATIONAL GRID CUSTOMER CORRESPONDENCE ONE METROTECH CTR 16TH FL BROOKLYN NY 11201 | Tel: 718-643-4050 | Trade debts | ☐ C ☐ U ☐ D | | | $5,150.46 |
| 10 | RELIABLE MASONRY CORP 5314 16TH AVE STE #251 BROOKLYN NY 11204 | jacob@reliablemasonrycorp.com Tel: 718-854-1150 | Trade debts | ☐ C ☐ U ☐ D | | | $4,984.24 |
| 11 | ROTAVELE ELEVATOR CONSTRUCTION INC ALAN ZARETSKY 414 SENECA AVE RIDGEWOOD NY 11385 | annp@contractor-services.net Tel: 718-386-3000 Fax: 718-386-4366 | Trade debts | ☐ C ☐ U ☐ D | | | $4,921.15 |
| 12 | SILVERMAN SHIN AND BYRNE PLLC GERARD J CROWE 88 PINE ST 22ND FL NEW YORK NY 10005 | gcrowe@silverfirm.com Tel: 212-779-8600 Fax: 212-779-8858 | Trade debts | ☐ C ☐ U ☐ D | | | $4,676.00 |
| 13 | HOROWITZ, SARAH 54 NOLL ST BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C ☐ U ☐ D | | | $4,200.00 |
| 14 | YANG, YI CHIEN 54 NOLL ST BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C ☐ U ☐ D | | | $4,041.13 |
| 15 | BOUZAGLOU, ORIEL 54 NOLL ST BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C ☐ U ☐ D | | | $4,000.00 |
| 16 | BILLY ENTERPRISES INC 36 CYPRESS AVE BROOKLYN NY 11237 | billyenterprisesinc@gmail.com Tel: 347-894-6557 and/or 914-648-5311 | Trade debts | ☐ C ☐ U ☐ D | | | $3,800.00 |

Debtor  **Evergreen Gardens II LLC**                                                                     Case number *(if known)* **21-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | CAO, YUXI<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,500.00 |
| 18 | BRYANT, PAUL<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,400.00 |
| 19 | DALISAY, ANGELO<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,400.00 |
| 20 | MCLOUGHLIN, MATTHEW<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,400.00 |
| 21 | MCDANIEL, KATHERINE<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,325.00 |
| 22 | TSANG, STELLA<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,325.00 |
| 23 | HENG, JAMES<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,300.00 |
| 24 | PAEZ, VICTORIA<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,250.00 |
| 25 | ALDANA, GABRIEL<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,225.00 |
| 26 | GARZA, RICHARDO<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,200.00 |
| 27 | NIEMEYER, JORDAN<br>54 NOLL ST<br>BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C<br>☐ U<br>☐ D | | | $3,200.00 |

Debtor  **Evergreen Gardens II LLC**                                                                    Case number *(if known)* **21-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | BLONDIE'S TREEHOUSE INC  431 FAYETTE AVE  MAMARONECK NY 10543 | josh@blondiestreehouse.com  Tel: 646-649-9298 | Trade debts | ☐ C  ☐ U  ☐ D | | | $3,183.51 |
| 29 | RACINE, PAMELA  54 NOLL ST  BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C  ☐ U  ☐ D | | | $3,100.00 |
| 30 | ROBINSON, BRODY  54 NOLL ST  BROOKLYN NY 11206 | Telephone Number & E-mail Address on File | Former Tenant | ☐ C  ☐ U  ☐ D | | | $3,075.00 |
| 31 | HIVOLTS ELECTRICAL INC  185 SPENCER ST  BROOKLYN NY 11205 | mail@hivoltselectrical.com  Tel: 718-855-4346 | Mechanics Lien | ☑ C  ☑ U  ☐ D | | | $1,419,981.88 * |
| 32 | BERRY'S COOLING AND HEATING LLC  15 MEADOW ST  BROOKLYN NY 11206 | sales@berryscooling.com  Tel: 718-782-9127  Fax: 718-782-5616 | Mechanics Lien | ☑ C  ☑ U  ☐ D | | | $956,219.59 * |
| 33 | DYNAMIC BUILDING SVC  4403 15TH AVE  STE 409  BROOKLYN NY 11219 | JOEL BERKOVIC  jb@pbsfacilityservice.com  Tel: 718-484-1998  Fax: 718-484-1997 | Mechanics Lien | ☑ C  ☑ U  ☐ D | | | $832,924.46 * |
| 34 | UNITED PANEL TECHNOLOGIES CORP  611 OLD WILLETS PATH  HAUPPAUGE NY 11788 | mcames@unitedpaneltech.com  Tel: 631-232-1757  Fax: 631-232-1260 | Mechanics Lien | ☑ C  ☑ U  ☐ D | | | $800,113.46 * |
| 35 | BIG APPLE DESIGNERS INC  694 MYRTLE AVE  BROOKLYN NY 11205 | Shlomie Fader  Pessy@bigappledesigners.com  Tel: 718-853-6734 | Mechanics Lien | ☑ C  ☑ U  ☐ D | | | $746,979.03 * |
| 36 | SUPREME WOOD FLOORS INC  1072 MADISON AVE  LAKEWOOD NJ 08701 | ar@supremeflooring.com  Tel: 732-942-8021  Fax: 732-942-7329 | Mechanics Lien | ☑ C  ☑ U  ☐ D | | | $570,493.81 * |
| 37 | ROTAVELE ELEVATOR CONSTRUCTION INC  414 SENECA AVE  RIDGEWOOD NY 11385 | Alan Zaretsky  annp@contractor-services.net  Tel: 718-386-3000  Fax: 718-386-4366 | Mechanics Lien | ☑ C  ☑ U  ☐ D | | | $290,517.71 * |
| 38 | PBS SVC INC  4403 15TH AVE  BROOKLYN NY 11219 | info@pbsfacilityservice.com  Tel: 718-484-1998  Fax: 718-484-1997 | Mechanics Lien | ☑ C  ☑ U  ☐ D | | | $256,734.79 * |

*
 Claimant has asserted a mechanic's, materialman's or similar lien claim which is junior in priority to the secured claims of the Series E Noteholders. As the proposed sale of the Denizen to the Purchaser and allocation of EG II Sale Proceeds will not yield sufficient funds to pay the claims of the Series E Noteholders in full, the Subsidiary Debtors believe that any asserted mechanic's, materialman's, or similar claims are wholly unsecured.

Official Form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims            Page 4

Debtor **Evergreen Gardens II LLC**                                                                                     Case number *(if known)* **21-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 39 | AURA ELECTRICAL SUPPLY INC<br>1355 60TH ST<br>BROOKLYN NY 11219 | richard@aura-electric.com<br>Tel: 718-436-6000<br>Fax: 718-972-2657 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $249,067.98* |
| 40 | SAFETY FIRE SPRINKLER CORP<br>1070 38TH ST<br>BROOKLYN NY 11219 | info@safetyfiresprinkler.com<br>Tel: 718-633-3036<br>Fax: 718-633-4593 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $203,000.00* |
| 41 | 1 SEAL USA LLC<br>544 PK AVE<br>BROOKLYN NY 11205 | info@1sealusa.com<br>Tel: 212-302-6688<br>Fax: 718-858-7851 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $151,502.80* |
| 42 | MPI PLUMBING CORP<br>670 MYRTLE AVE #234<br>BROOKLYN NY 11205 | billing@mpiplumbingcorp.com<br>Tel: 718-925-2400 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $134,265.61* |
| 43 | 20/20 INSPECTIONS INC<br>3716 FORT HAMILTON PKWY<br>BROOKLYN NY 11218 | suriw@2020inspections.com<br>Tel: 800-819-7788 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $125,303.99* |
| 44 | SECURITY SHIELD USA INC<br>314 PENN ST<br>BROOKLYN NY 11211 | chany@security-shield.com<br>Tel: 718-388-3725<br>Fax: 718-384-3831 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $119,397.00* |
| 45 | WORLDWIDE PLUMBING SUPPLY INC<br>4002 15TH AVE<br>BROOKLYN NY 11218 | joel@wwps.co<br>Tel: 718-853-3000<br>Fax: 718-853-3056 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $85,495.42* |
| 46 | E-J ELECTRIC INSTALLATION CO<br>4641 VERNON BLVD<br>LONG ISLAND CITY NY 11101 | pcutrone@ej1899.com<br>Tel: 718-392-3928<br>Fax: 718-392-3985 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $75,000.00* |
| 47 | COMPLETE WINDOW TREATMENT<br>5217 20TH AVE<br>BROOKLYN NY 11204 | eli@completewindowtreatmetn.com<br>Tel: 718-887-4892 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $58,875.00* |
| 48 | HI-I LLC<br>65 CROTON PL<br>PARAMUS NJ 07652 | ittai@hiiusa.com<br>Tel: 201-503-0393 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $34,226.00* |

*Claimant has asserted a mechanic's, materialman's or similar lien claim which is junior in priority to the secured claims of the Series E Noteholders. As the proposed sale of the Denizen to the Purchaser and allocation of EG II Sale Proceeds will not yield sufficient funds to pay the claims of the Series E Noteholders in full, the Subsidiary Debtors believe that any asserted mechanic's, materialman's, or similar claims are wholly unsecured.

Debtor **Evergreen Gardens II LLC** Case number *(if known)* 21-_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 49 | POOL DOCS OF NJ<br>525 OBERLIN AVE S<br>LAKEWOOD NJ 08701 | kait@pooldocs.com<br>Tel: 732-300-2481<br>Fax: 732-276-2266 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $26,636.00* |
| 50 | THOMAS TILES INC<br>1438 OVINGTON AVE<br>BROOKLYN NY 11219 | thomasny7@gmail.com<br>Tel: 347-597-3176 | Mechanics Lien | ☑ C<br>☑ U<br>☐ D | | | $1,906.25* |

\* Claimant has asserted a mechanic's, materialman's or similar lien claim which is junior in priority to the secured claims of the Series E Noteholders. As the proposed sale of the Denizen to the Purchaser and allocation of EG II Sale Proceeds will not yield sufficient funds to pay the claims of the Series E Noteholders in full, the Subsidiary Debtors believe that any asserted mechanic's, materialman's, or similar claims are wholly unsecured.

# LIST OF EQUITY INTEREST HOLDERS[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies a list of the equity interest holders of Evergreen Gardens II LLC, as debtor and debtor in possession (the "**Debtor**").

Check applicable box:

☐     There are no equity interest holders or corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

☒     The following are the Debtor's equity interest holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Evergreen Gardens Holdings II LLC<br>199 Lee Avenue, Suite 693<br>Brooklyn, New York 11211 | Equity | 100 % |

---

[1] This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the Debtor's chapter 11 case.

**Fill in this information to identify the case:**

Debtor name: Evergreen Gardens II LLC

United States Bankruptcy Court for the Southern District of New York
(State)

Case number (*If known*):    21-_____ ( )

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 14, 2021          X _/s/ Assaf Ravid_____
MM /DD /YYYY                Signature of individual signing on behalf of debtor

Assaf Ravid
Printed name

Authorized Signatory
Position or relationship to debtor