UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                :

In re                                                                :         Chapter 11

**EVERGREEN GARDENS MEZZ LLC**, *et al.*,    :         Case No. 21-10335 (MG)

                    Debtors.[1]                             :         **(Jointly Administered)**

------------------------------------------------------------X

# AMENDMENT TO SCHEDULE G FOR
# EVERGREEN GARDENS II LLC
# CASE NO. 21-11610 (MG)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Evergreen Gardens Mezz LLC (0416); Evergreen Gardens I LLC (2211); and Evergreen Gardens II LLC (6782). The Debtors' principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

| Fill in this information to identify the case: |
|---|
| Debtor name: Evergreen Gardens II LLC |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number (if known): 21-11610 |

☑ Check if this is an amended filing

Official Form 206G

# Amendment to Schedule G: Executory Contracts and Unexpired Leases[1]

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | Title of contract | REGULATORY AGREEMENT & AMENDMENT TO REGULATORY AGREEMENT | DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT ASSISTANT COMMISSIONER FOR HOUSING INCENTIVES GENERAL COUNSEL 100 GOLD STREET NEW YORK NY 10038 |
|---|---|---|---|
| | State what the contract or lease is for | AFFORDABLE HOUSING | |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | INDEFINITE | |
| | List the contract number of any government contract | | |

[1] The Debtor's original Schedule G, which was filed on September 30, 2021 [ECF No. 120], is hereby amended to include the contract listed above. The Debtor's originally filed Schedules and Statements, including the originally filed Schedule G, are otherwise unaltered with respect to any and all information previously included therein.

| Fill in this information to identify the case: |
|---|
| Debtor name: Evergreen Gardens II LLC |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number (if known): 21-11610 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amendment to *Schedule G*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/18/2021
               MM/DD/YYYY

X _____
Signature of individual signing on behalf of debtor

Assaf Ravid
Printed name

Authorized Signatory – CEO & CRO of All Year Holdings Limited
Position or relationship to debtor